UNITED STATES FIDELITY & GUARANTY COMPANY et al., Respondents, v AMERICAN RE-INSURANCE COMPANY et al., Appellants, et al., Defendants.

Submitted December 3, 2012; decided December 11, 2012

Motion by James J. Wrynn, Esq. for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 19 copies filed within seven days.

UNITED STATES FIDELITY & GUARANTY COMPANY et al., Respondents, v AMERICAN RE-INSURANCE COMPANY et al., Appellants, et al., Defendants.

Submitted December 3, 2012; decided December 11, 2012

Motion by United Policyholders for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 19 copies filed within seven days.

[982 NE2d 1245, 959 NYS2d 112]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREW SPENCER, Appellant.

Argued November 14, 2012; decided December 13, 2012